Exhibit B



Today 💬

**skl**
Skiing is a popular winter sport that involves gliding down snow-covered slopes on skis,...

🌙 ☀️

ski ↑

**Search Results**

Skiing is a popular winter sport that involves gliding down snow-covered slopes on skis, which are long, flat pieces of equipment with a binding that attaches to the foot. There are several types of skiing, including downhill skiing, cross-country skiing, and freestyle skiing.

Downhill skiing, also known as alpine skiing, is the most popular type of skiing. It involves skiing down a mountain on a prepared slope, using a combination of speed and control to navigate through gates or around obstacles. Downhill skiing requires a good level of physical fitness, as well as technical skills such as turning, stopping, and controlling speed.

Cross-country skiing, also known as Nordic skiing, is a type of skiing that involves skiing over flat or gently rolling terrain, often on trails or tracks. It is a low-impact activity that can be done at a leisurely pace, making it accessible to people of all ages and fitness levels. Cross-country skiing is a great way to improve cardiovascular fitness, build strength, and enjoy the beautiful winter landscapes.

Freestyle skiing is a type of skiing that involves performing aerial stunts and tricks on a snow-covered slope. It includes disciplines such as moguls, aerials, and ski cross. Freestyle skiing requires a high level of physical fitness, as well as technical skills such as jumping, spinning, and landing.

Skiing is a great way to get exercise, enjoy the outdoors, and have fun. It is also a social activity that can be done with friends and family. Many ski resorts offer lessons and rentals for beginners, making it easy to get started.

Some of the benefits of skiing include:

- Improved cardiovascular fitness
- Increased strength and flexibility
- Weight loss
- Improved balance and coordination
- Reduced stress and anxiety
- Opportunities to socialize and make new friends

Some of the risks associated with skiing include:

- Injuries from falls or collisions
- Hypothermia or frostbite from exposure to cold temperatures
- Altitude sickness from skiing at high elevations
- Sunburn or snow blindness from prolonged exposure to sunlight

To stay safe while skiing, it is important to:

- Wear proper gear, including a helmet, goggles, and warm clothing
- Take lessons from a certified instructor
- Start with beginner slopes and gradually progress to more challenging terrain
- Stay hydrated and fueled with nutritious food and drinks

**Related articles**



Ski

Skiing

Alpine skiing

Ski resort

ⓘ About Us



Today 

**skl**
Skiing is a popular winter sport that involves gliding down snow-covered slopes on skis,…



- Take lessons from a certified instructor
- Start with beginner slopes and gradually progress to more challenging terrain
- Stay hydrated and fueled with nutritious food and drinks
- Be aware of your surroundings and watch for hazards such as rocks, trees, and other skiers

For additional information on skiing, here are some resources:

- The International Ski Federation (FIS) is the governing body for skiing and provides information on rules, regulations, and competitions.
- The National Ski Areas Association (NSAA) is a trade association that represents the ski industry and provides information on ski resorts, lessons, and rentals.
- The American Academy of Orthopaedic Surgeons (AAOS) provides information on ski injuries and how to prevent them.
- The National Weather Service (NWS) provides information on weather conditions and forecasts for ski resorts.
- The Ski Museum and Hall of Fame is a non-profit organization that preserves the history of skiing and provides information on the sport.

Some popular ski resorts include:

- Vail, Colorado
- Whistler Blackcomb, British Columbia
- Chamonix, France
- Zermatt, Switzerland
- Cortina d'Ampezzo, Italy

Some popular ski brands include:

- Rossignol
- Head
- Atomic
- Salomon
- K2

Some popular ski gear includes:

- Skis
- Boots
- Bindings
- Poles
- Goggles
- Helmets
- Jackets and pants
- Gloves and hats

Some popular ski destinations include:

- The Rocky Mountains, USA
- The Swiss Alps, Switzerland
- The French Alps, France
- The Italian Alps, Italy
- The Japanese Alps, Japan

### Ski Bums Unite: The Ultimate Guide to Hitting the Slopes

Ski Bums Unite: The Ultimate Guide to Hitting the Slopes

Are you ready to trade in your daily grind for a life of powder, peaks, and perpetual sunshine? Look no further than Ski Bums Unite: The Ultimate Guide to Hitting the Slopes. This

**Related articles**


Ski


Skiing


Alpine skiing


Ski resort

**Related articles**


Gwyneth Paltrow


Surfing

ⓘ About Us





Today 

**ski**
Skiing is a popular winter sport that involves gliding down snow-covered slopes on skis,...

**Related articles**


Gwyneth Paltrow


Surfing

Are you ready to trade in your daily grind for a life of powder, peaks, and perpetual sunshine? Look no further than Ski Bums Unite: The Ultimate Guide to Hitting the Slopes. This comprehensive guide is designed specifically for those who crave the thrill of skiing, the camaraderie of like-minded individuals, and the freedom to live life on their own terms.

**Chapter 1: The Ski Bum Lifestyle**

Ski bums are a unique breed, living life on their own terms and defying conventional norms. They're a community of free spirits, united by their passion for skiing and their desire to experience the world on their own terms. In this chapter, we'll explore the essence of the ski bum lifestyle, including the benefits and challenges that come with it.

**Chapter 2: Finding the Perfect Ski Spot**

From the Rocky Mountains to the Swiss Alps, there's a ski resort out there for every type of skier. In this chapter, we'll provide an insider's guide to finding the perfect ski spot, including tips on how to choose the right resort, navigate the slopes, and make the most of your time on the mountain.

**Chapter 3: Gear Up**

Whether you're a seasoned pro or a beginner, having the right gear can make all the difference on the slopes. In this chapter, we'll cover the essential equipment you need to get started, from skis and boots to goggles and gloves.

**Chapter 4: Skiing 101**

For those new to the sport, skiing can seem intimidating. But fear not – in this chapter, we'll provide a comprehensive guide to getting started, including tips on how to rent equipment, take lessons, and build your skills.

**Chapter 5: The Ski Bum Community**

One of the best things about being a ski bum is the sense of community that comes with it. In this chapter, we'll explore the various ways to connect with other ski bums, from online forums to local ski clubs.

**Chapter 6: Living the Dream**

For many ski bums, the ultimate goal is to turn their passion into a career. In this chapter, we'll provide advice on how to make a living from skiing, including tips on how to find a job, build a reputation, and stay ahead of the game.

**For Additional Information:**

- **Skiing Magazine**: A comprehensive online resource for skiers of all levels, featuring news, reviews, and tips on the latest gear and techniques.
- **The Ski Bum's Guide to the Galaxy**: A humorous and informative blog dedicated to the ski bum lifestyle, featuring stories, advice, and inspiration from around the world.
- **Mountain Travel Guide**: A comprehensive online resource for planning your next ski trip, featuring information on resorts,

ⓘ About Us





Today

**skI**
Skiing is a popular winter sport that involves gliding down snow-covered slopes on skis,...

**Related articles**


Gwyneth Paltrow


Surfing

**Chapter 4: Skiing 101**

For those new to the sport, skiing can seem intimidating. But fear not – in this chapter, we'll provide a comprehensive guide to getting started, including tips on how to rent equipment, take lessons, and build your skills.

**Chapter 5: The Ski Bum Community**

One of the best things about being a ski bum is the sense of community that comes with it. In this chapter, we'll explore the various ways to connect with other ski bums, from online forums to local ski clubs.

**Chapter 6: Living the Dream**

For many ski bums, the ultimate goal is to turn their passion into a career. In this chapter, we'll provide advice on how to make a living from skiing, including tips on how to find a job, build a reputation, and stay ahead of the game.

**For Additional Information:**

- **Skiing Magazine**: A comprehensive online resource for skiers of all levels, featuring news, reviews, and tips on the latest gear and techniques.
- **The Ski Bum's Guide to the Galaxy**: A humorous and informative blog dedicated to the ski bum lifestyle, featuring stories, advice, and inspiration from around the world.
- **Mountain Travel Guide**: A comprehensive online resource for planning your next ski trip, featuring information on resorts, accommodations, and activities.
- **Ski School**: A website dedicated to teaching skiing, featuring lessons, tutorials, and tips for skiers of all levels.
- **Ski Bum's Bible**: A comprehensive guide to the ski bum lifestyle, featuring advice on everything from gear to travel to living the dream.

**Conclusion:**

Ski Bums Unite: The Ultimate Guide to Hitting the Slopes is the perfect resource for anyone looking to join the ranks of the ski bum elite. With its comprehensive coverage of the ski bum lifestyle, from gear to technique to community, this guide is sure to inspire and inform even the most seasoned skiers. So why wait? Grab your skis and join the revolution – the slopes are calling

**Related Suggestion**

Ski Bums Rejoice: Mastering the Mountains Like a Pro

Slopes Ahead: The Essential Guide for Ski Enthusiasts

Powder Pandemonium: Unleash Your Inner Ski Bum

Mountain Mavericks: A Ski Bum's Handbook to Adventure

Ride the Mountain: The Ultimate Ski Bum's Survival Guide

About Us