# Exhibit C



About Us

Copyright © 2024 Outside. All rights reserved

Document title: Outside
Capture URL: https://outside.com
Capture timestamp (UTC): Tue, 25 Jun 2024 13:54:30 GMT