# Exhibit D




Today

**outside.com**
Outside.com is a popular online platform that provides a wide range of content related to...



outside.com

## Search Results

Outside.com is a popular online platform that provides a wide range of content related to outdoor activities, adventure travel, and outdoor gear. The website was founded in 1996 and has since become one of the leading authorities in the outdoor industry.

Outside.com offers a variety of content, including:

1. News and articles: The website features news and articles on outdoor activities, adventure travel, and outdoor gear. The content is written by experienced outdoor writers and editors, and covers topics such as hiking, camping, climbing, skiing, and more.
2. Gear reviews: Outside.com has a team of experts who review and test outdoor gear, including backpacks, tents, sleeping bags, and more. The reviews are detailed and provide readers with information on the pros and cons of each product.
3. Trip reports: The website features trip reports from outdoor enthusiasts who have traveled to various destinations around the world. The reports provide readers with information on the best places to visit, the best gear to bring, and tips for planning a successful trip.
4. Community forums: Outside.com has a community forum where readers can connect with each other, share their own experiences, and ask questions about outdoor activities and gear.
5. Podcasts: The website features a variety of podcasts, including the popular "Outside Podcast" which covers topics such as adventure travel, outdoor gear, and outdoor culture.

Outside.com is known for its high-quality content and its commitment to providing readers with accurate and reliable information. The website has won numerous awards and has been recognized as one of the leading authorities in the outdoor industry.

For Additional Information:

- Outside.com website: www.outside.com
- Outside Magazine: www.outsideonline.com
- Outdoor Industry Association: www.outdoorindustry.org
- American Hiking Society: www.americanhiking.org
- National Park Service: www.nps.gov

These resources provide more information on outdoor activities, adventure travel, and outdoor gear. They also offer tips and advice for planning a successful trip, as well as information on how to get involved in outdoor activities and support the outdoor industry.

**Related articles**

  

Outside (magazine)    Forward (associatio...



Outside the Wire    Outside the Lines

**Related Products**



New Bunkhouse 2021 ...
SLEEPING - It sleeps 6 comfortably and can...

2022 Jayco Jay Flight ...



Yogi Bear's Jellystone ...
Alcohol Available, Arcade, Arts & Crafts,...

2023 31' Forest River E...
• Basic Kitchen Supplies: Plates Bowls Cups...



Carolina Pines RV Res...
Jumping Pillow, Restaurant, Arcade,...

Yogi Bear's Jellystone ...
Arts & Crafts, Bathrooms, Fishing, General Store,...



Yogi Bear's Jellystone ...
Alcohol Available, Arcade, Arts & Crafts,...



Yogi Bear's Jellystone ...
Arts & Crafts, Basketball, Bathrooms, Cable TV,...

ⓘ About Us



Today

**outside.com**
Outside.com is a popular online platform that provides a wide range of content related to...

**Related Products**



Baby Van for Maneuve...
• EcoFlow Delta 2 Portable Power Station ...

2023 Winnebago Solis...
If you plan on cooking, kitchen basics will be...



2021 Heartland Pioneer
4 camping chairs, Plastic dishes and Utensils,...

Yogi Bear's Jellystone ...
Arcade, Basketball, Bathrooms, Dog Park,...



Emily howell
• Heat and air work amazing

Retro Style Teardrop C...



Yosemite 2500 Bessie ...
- fresh linens, comforter, & pillows - pot, pan, &...

Tacoma Truck Camper ...
We provide fresh linens, cooking utensils for all...

ⓘ About Us



outside.com

**Search Results**

Outside.com is a popular online platform that provides a wide range of content related to outdoor activities, adventure travel, and outdoor gear. The website was founded in 1996 and has since become one of the leading authorities in the outdoor industry.

Outside.com offers a variety of content, including:

1. News and articles: The website features news and articles on outdoor activities, adventure travel, and outdoor gear. The content is written by experienced outdoor writers and editors, and covers topics such as hiking, camping, climbing, skiing, and more.
2. Gear reviews: Outside.com has a team of experts who review and test outdoor gear, including backpacks, tents, sleeping bags, and more. The reviews are detailed and provide readers with information on the pros and cons of each product.
3. Trip reports: The website features trip reports from outdoor enthusiasts who have traveled to various destinations around the world. The reports provide readers with information on the best places to visit, the best gear to bring, and tips for planning a successful trip.
4. Community forums: Outside.com has a community forum where readers can connect with each other, share their own experiences, and ask questions about outdoor activities and gear.
5. Podcasts: The website features a variety of podcasts, including the popular "Outside Podcast" which covers topics such as adventure travel, outdoor gear, and outdoor culture.

Outside.com is known for its high-quality content and its commitment to providing readers with accurate and reliable information. The website has won numerous awards and has been recognized as one of the leading authorities in the outdoor industry.

For Additional Information:

- Outside.com website: www.outside.com
- Outside Magazine: www.outsideonline.com
- Outdoor Industry Association: www.outdoorindustry.org
- American Hiking Society: www.americanhiking.org
- National Park Service: www.nps.gov

These resources provide more information on outdoor activities, adventure travel, and outdoor gear. They also offer tips and advice for planning a successful trip, as well as information on how to get involved in outdoor activities and support the outdoor industry.

**Related articles**


Outside (magazine)


Forward (associatio...


Outside the Wire

Outside the Lines

---

Document title: Outside
Capture URL: https://outside.com/search?q=outside
Capture timestamp (UTC): Tue, 09 Jul 2024 18:28:23 GMT

