# Exhibit E

8:01

## Partner with us

Name*

[ Name ]

Email*

[ email@example.com ]

Brand name*

[ Brand display name ]

Brand website*

[ https://example.com ]

Affiliate network

[ e.g. Rakutan, Parternize, Awin ]

Affiliate ID

[ ID ]

**Submit**

About Us    Partner With Us

Copyright © 2024 Outside. All rights reserved

AA    🔒 outside.com    ↻