# Exhibit F

## About us

Welcome to Outside.com, an American software company dedicated to unraveling the intricacies of God's creation through the lens of advanced technology. Our mission is to empower individuals to explore and appreciate the wonders of the universe and the natural world with unprecedented depth and clarity.

## Our Mission

At Outside.com, we understand that humanity is on the brink of a new computational frontier. And we want to help by harnessing the power of machine learning and constructing a supercomputer that transcends conventional limits, our team will aim to uncover the deepest mysteries of Earth, space, and the universe—all aspects of God's creation.

Our guiding principle, "Think Outside the Box," propels us to explore uncharted territories, challenge established paradigms, and inspire a new generation of thinkers and innovators.

As the world rapidly approaches the singularity, we are dedicated to exploring what it means to be human. Join us on this extraordinary journey at Outside.com, where we invite you to think differently, dream bigger, and embrace the limitless potential of human imagination. Together, let's push the boundaries of what's possible and create a future where technology enhances our understanding of the natural world.

## Our Innovations

We are pioneering the integration of multiple large language models to bring the world to your fingertips. Including our advanced Gardening and Plants Large Language Model (GPLLM) with our first product.

Our GPLLM stands at the forefront of horticultural innovation. We Imagine that with this tool and over time it not only understands the complexities of plant care but also will anticipate your gardening needs with precision and expertise.

The GPLLM isn't merely a repository of information; it's a virtual gardener, cultivated through vast datasets and trained on the nuances of botany, soil science, and sustainable gardening practices.

Whether you're a novice gardener seeking guidance on which plants thrive in your region or an experienced horticulturist exploring the latest in hydroponics, the GPLLM is your indispensable companion. It offers tailored advice on everything from planting schedules and pest management to soil composition and companion planting strategies.

Powered by cutting-edge natural language processing and machine learning algorithms, the GPLLM continuously learns and evolves, staying abreast of the latest gardening trends and scientific discoveries. It can analyze local weather patterns to recommend optimal watering schedules or suggest organic solutions for common garden pests.

Beyond practical advice, the GPLLM fosters a deeper connection with nature, encouraging sustainable gardening practices that benefit both plants and ecosystems. Whether you're cultivating a backyard oasis, designing a rooftop garden, or embarking on urban farming initiatives, the GPLLM is your partner in creating thriving green spaces.

## Join Us

Join us at Outside.com, where technology converges with the marvels of God's creation, and innovation nurtures growth. Together, let's push the boundaries of what's possible, explore new horizons, and create a future where the wonders of the natural world are at your fingertips.

**Come think Outside the Box with us!**

About Us   Partner With Us

Copyright © 2024 Outside.com. All rights reserved