Exhibit A

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,507,125

Registered Oct. 4, 1988

### TRADEMARK
### PRINCIPAL REGISTER

# OUTSIDE

MARIAH PUBLICATIONS CORPORATION (DELAWARE CORPORATION)
1165 NORTH CLARK STREET
CHICAGO, IL 60610

FOR: RECREATIONAL MAGAZINE ISSUED FROM TIME TO TIME, IN CLASS 16 (U.S. CL. 38).

FIRST USE 11–16–1976; IN COMMERCE 11–16–1976.

SER. NO. 714,438, FILED 3–2–1988.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,012,332

Registered Oct. 29, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## OUTSIDE ONLINE

MARIAH PUBLICATIONS CORPORATION (DELAWARE CORPORATION)
1165 NORTH CLARK
CHICAGO, IL 60610

FOR: LEASING ACCESS TIME TO A COMPUTER DATABASE IN THE NATURE OF A COMPUTER BULLETIN BOARD IN THE FIELD OF OUTDOOR SPORTS AND RECREATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

OWNER OF U.S. REG. NO. 1,507,125.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ONLINE", APART FROM THE MARK AS SHOWN.

SN 74-525,998, FILED 5-16-1994.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 2,025,585**

**United States Patent and Trademark Office**    Registered Dec. 24, 1996

**TRADEMARK**
**PRINCIPAL REGISTER**



MARIAH MEDIA INC. (DELAWARE CORPO-
RATION)
400 MARKET STREET
SANTA FE, NM 87501

FOR: MAGAZINE IN THE FIELD OF OUT-
DOOR SPORTS, FITNESS AND RECREATION-
AL ACTIVITIES, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 11–0–1994; IN COMMERCE
11–0–1994.
OWNER OF U.S. REG. NO. 1,507,125.
THE LINING IN THE DRAWING INDI-
CATES THE COLORS YELLOW AND RED.

SER. NO. 75–050,531, FILED 1–30–1996.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 2,030,603

## United States Patent and Trademark Office

Registered Jan. 14, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## OUTSIDE ONLINE

MARIAH MEDIA INC. (DELAWARE CORPO-
RATION)
400 MARKET STREET
SANTA FE, NM 87501 BY CHANGE OF NAME
FROM MARIAH PUBLICATIONS CORPORA-
TION (DELAWARE CORPORATION) CHICA-
GO, IL 60610

FOR: INTERACTIVE ELECTRONIC INFOR-
MATION SERVICES REGARDING OUTDOOR
SPORTS AND RECREATION, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 1–27–1995; IN COMMERCE
1–27–1995.

OWNER OF U.S. REG. NO. 1,507,125.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ONLINE", APART FROM THE
MARK AS SHOWN.

SN 74–525,999, FILED 5–16–1994.

JEFFERY COWARD, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,304,468

Registered Dec. 28, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## OUTSIDE TELEVISION

MARIAH MEDIA INC. (DELAWARE CORPO-
RATION)
400 MARKET STREET
SANTA FE, NM 87501

FOR: ENTERTAINMENT IN THE NATURE
OF ON-GOING TELEVISION PROGRAMS IN
THE FIELD OF OUTDOOR SPORTS, FITNESS
AND RECREATION; TELEVISION PROGRAM-
MING SERVICES, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 1-0-1995; IN COMMERCE
9-0-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TELEVISION", APART FROM
THE MARK AS SHOWN.

SN 75-155,455, FILED 8-26-1996.

KAREN M. STRZYZ, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,539,895

## United States Patent and Trademark Office

Registered Feb. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## OUTSIDE BOOKS

MARIAH MEDIA INC. (DELAWARE CORPORA-
TION)
400 MARKET ST.
SANTA FE, NM 87501

FOR: BOOK IMPRINT AND PUBLICATIONS,
NAMELY BOOKS RELATING TO OUTDOOR
SPORTS, TRAVEL AND RECREATION, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-13-2000; IN COMMERCE 11-13-2000.

OWNER OF U.S. REG. NOS. 1,507,125 AND
2,025,585.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BOOKS", APART FROM THE
MARK AS SHOWN.

SER. NO. 76-170,615, FILED 11-27-2000.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY

Int. Cls.: 35 and 39

Prior U.S. Cls.: 100, 101, 102 and 105

**United States Patent and Trademark Office**

Reg. No. 2,546,325

Registered Mar. 12, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## OUTSIDE

MARIAH MEDIA INC. (DELAWARE CORPORA-
TION)
400 MARKET ST.
SANTA FE, NM 87501

FOR: ON-LINE RETAIL STORE SERVICES ON A
GLOBAL COMPUTER NETWORK FEATURING
OUTDOOR SPORTING EQUIPMENT AND APPA-
REL, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

FOR: ONLINE SERVICES ON A GLOBAL COM-
PUTER NETWORK, NAMELY, PROVIDING FOR

THE PURCHASE OF TRANSPORTATION AR-
RANGEMENTS AS PART OF ADVENTURE
PACKAGES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

OWNER OF U.S. REG. NOS. 2,012,332, 2,030,603
AND OTHERS.

SER. NO. 76-082,618, FILED 7-3-2000.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,648,063

Registered Nov. 12, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## OUTSIDE

MARIAH MEDIA, INC. (DELAWARE CORPORA-
TION)
400 MARKET ST.
SANTA FE, NM 87501

FOR: PROVIDING INFORMATION IN THE
FIELD OF OUTDOOR SPORTS, FITNESS AND
RECREATIONAL ACTIVITIES BY MEANS OF A
GLOBAL COMPUTER NETWORK, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 1-27-1995; IN COMMERCE 1-27-1995.

OWNER OF U.S. REG. NOS. 1,507,125, 2,304,468
AND OTHERS.

SEC. 2(F).

SER. NO. 76-082,619, FILED 7-3-2000.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

# OUTSIDE FILMS

**Reg. No. 4,672,364**
**Registered Jan. 13, 2015**

MARIAH MEDIA INC. (DELAWARE CORPORATION)
400 MARKET STREET
SANTA FE, NM 87501

**Int. Cl.: 41**

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF MOTION PICTURES, FILMS AND VIDEOS IN THE FIELD OF OUTDOOR SPORTS, FITNESS AND RECREATIONAL ACTIVITIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 7-8-2014; IN COMMERCE 7-8-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 1,507,125, 2,025,585, AND 2,539,895.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FILMS", APART FROM THE MARK AS SHOWN.

SN 85-888,034, FILED 3-27-2013.

RONALD MCMORROW, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE GO

**Reg. No. 4,819,937**

**Registered Sep. 22, 2015**

**Int. Cls.: 39 and 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MARIAH MEDIA NETWORK, LLC (NEW MEXICO LIMITED LIABILITY COMPANY)
400 MARKET STREET
SANTA FE, NM 87501

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION; ARRANGING TRAVEL TOURS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,507,125, 2,546,325, AND OTHERS.

SN 86-977,056, FILED 11-25-2013.

VERNA BETH RIRIE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border: 1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE

**Reg. No. 5,292,743**

**Registered Sep. 19, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Mariah Media Network, LLC (NEW MEXICO LIMITED LIABILITY COMPANY)
400 Market Street
Santa Fe, NM 87501

CLASS 41: Entertainment services, namely, providing podcasts in the fields of travel, sports, health and fitness

FIRST USE 3-21-2016; IN COMMERCE 3-21-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-193,005, FILED 10-04-2016
KRISTIN M DAHLING, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE GO

**Reg. No. 5,396,636**

**Registered Feb. 06, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Mariah Media Network, LLC (NEW MEXICO LIMITED LIABILITY COMPANY)
400 Market Street
Santa Fe, NEW MEXICO 87501

CLASS 35: Online retail store services featuring travel products and accessories

FIRST USE 7-00-2017; IN COMMERCE 7-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2546325, 1507125

SER. NO. 86-128,039, FILED 11-25-2013



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE TV

**Reg. No. 6,073,889**

**Registered Jun. 09, 2020**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Mariah Media Inc.  (DELAWARE CORPORATION)
400 Market Street
Santa Fe, NEW MEXICO 87501

CLASS 9: Downloadable television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation; Downloadable mobile application for viewing television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation

FIRST USE 1-00-2010; IN COMMERCE 1-00-2010

CLASS 41: Entertainment services in the nature of on-going television programs, videos, and films in the field of outdoor and adventure sports, fitness, and recreation; television programming services; Providing non-downloadable television programs, videos, and films via video-on-demand transmission services; Providing a website featuring non-downloadable television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation

FIRST USE 1-00-2010; IN COMMERCE 1-00-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "TV"

SER. NO. 88-672,666, FILED 10-29-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders  who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE STUDIOS

**Reg. No. 6,226,313**
**Registered Dec. 22, 2020**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Mariah Media Inc.  (DELAWARE CORPORATION)
400 Market Street
Santa Fe, NEW MEXICO 87501

CLASS 41: Entertainment services in the nature of development, creation, production, and post-production of videos, motion picture films, television shows, special events, and multimedia entertainment content in the field of outdoor sports, fitness and recreational activities; providing a video-on-demand website featuring non-downloadable movies and videos in the field of outdoor sports, fitness and recreational activities

FIRST USE 5-00-2018; IN COMMERCE 5-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "STUDIOS"

SER. NO. 88-923,025, FILED 05-19-2020



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE EVENTS

**Reg. No. 6,850,291**

**Registered Sep. 20, 2022**

**Int. Cl.: 35, 41, 42**

**Service Mark**

**Principal Register**

Outside Interactive, Inc.  (DELAWARE CORPORATION)
STE 300
1600 PEARL ST
BOULDER, COLORADO 80302

CLASS 35: Promoting the goods and services of others by arranging for sponsors to affiliate their goods and services with cycling events; Providing on-line registration services for cycling events

FIRST USE 5-31-2022; IN COMMERCE 5-31-2022

CLASS 41: Organizing, arranging, and conducting cycling events

FIRST USE 5-31-2022; IN COMMERCE 5-31-2022

CLASS 42: Providing an interactive website featuring technology that allows users to register for, volunteer for, and sponsor cycling events

FIRST USE 5-31-2022; IN COMMERCE 5-31-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: EVENTS

SEC. 2(F) As to "OUTSIDE"

SER. NO. 90-884,856, FILED 08-16-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# OUTSIDE

**Reg. No. 7,232,896**

**Registered Dec. 05, 2023**

**Int. Cl.: 16, 35, 38, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**

OUTSIDE INTERACTIVE, INC.  (DELAWARE CORPORATION)
STE 300
1600 PEARL ST
BOULDER, COLORADO 80302

CLASS 16: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; Printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Printed publications, namely, magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 35: Administration of a program for enabling participants to obtain discounts on products and services; Arranging and conducting special events for commercial, promotional or advertising purposes; Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Magazine subscription and fulfillment services; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Organization of events, exhibitions, fairs and shows for commercial, promotional and advertising purposes; Promoting the sale of goods and services of others through electronic couponing, promotions and discounts; Providing a website featuring an online marketplace for exchanging goods and services for outdoor recreation with other users; Providing advertising space in periodicals, newspapers and magazines; Subscriptions to electronic journals

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 38: Electronic delivery of images and photographs via a global computer network; Video broadcasting and transmission services via the Internet, featuring films and movies

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 39: GPS navigation services

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 41: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Digital imaging services; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Photography services; Production of podcasts; Providing a website featuring non-downloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable videos in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing on-line magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 42: Product quality testing; Product testing; Providing a web site for the electronic storage of digital photographs and videos; Providing on-line non-downloadable geographic information system (GIS) software; Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Vehicle roadworthiness testing

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 43: Providing personalized meal planning services via a website

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 2648063, 2546325, 5292743, 2025585, 1507125, 2539895 and 4672364. The 2(f) claim is restricted to classes 16, 35, 41 and 42 as to "Class 16: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; printed publications, namely, magazines in the field of sporting, fitness, athletics, health, nutrition and the outdoors; Class 35: Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring an online marketplace for exchanging goods and services for outdoor recreation with other users; Class 41: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a

website featuring non-downloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable videos in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing on-line magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Class 42: Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors"

SER. NO. 90-538,524, FILED 02-22-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,232,897**

**Registered Dec. 05, 2023**

**Int. Cl.: 16, 35, 38, 39, 41, 42, 43**

**Service Mark**

**Trademark**

**Principal Register**

OUTSIDE INTERACTIVE, INC.  (DELAWARE CORPORATION)
STE 300
1600 PEARL ST
BOULDER, COLORADO 80302

CLASS 16: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; Printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Printed publications, namely, books in the field of sporting, fitness, athletics, health, nutrition, and the outdoors

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 35: Administration of a program for enabling participants to obtain discounts on products and services; Arranging and conducting special events for commercial, promotional or advertising purposes; Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Magazine subscription and fulfillment services; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Organization of events, exhibitions, fairs and shows for commercial, promotional and advertising purposes; Promoting the sale of goods and services of others through electronic couponing, promotions and discounts; Providing advertising space in periodicals, newspapers and magazines; Subscriptions to electronic journals

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 38: Electronic delivery of images and photographs via a global computer network; Video broadcasting and transmission services via the Internet, featuring films and movies

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 39: GPS navigation services

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 41: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Digital imaging services; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Photography services; Production of podcasts; Providing a website featuring nondownloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring nondownloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring nondownloadable videos in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing online magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 42: Product quality testing; Product testing; Providing a web site for the electronic storage of digital photographs and videos; Providing on-line non-downloadable geographic information system (GIS) software; Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Vehicle roadworthiness testing

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

CLASS 43: Providing personalized meal planning services via a website

FIRST USE 3-10-2022; IN COMMERCE 3-10-2022

The color(s) yellow, red and black is/are claimed as a feature of the mark.

The mark consists of the stylized wording "OUTSIDE" in the color yellow with black outlining and with red drop shadow applied to the lower right of the word.

SEC. 2(F) AS TO "OUTSIDE" The 2(f) claim is restricted to classes 16, 35, 41 and 42 as to "Class 16: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; printed publications, namely, magazines in the field of sporting, fitness, athletics, health, nutrition and the outdoors; Class 35: Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring an online marketplace for exchanging goods and services for outdoor recreation with other users; Class 41: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable videos in the field of sporting, fitness, athletics, health,

nutrition, and the outdoors; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing on-line magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Class 42: Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors."

SER. NO. 90-538,532, FILED 02-22-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.