# Exhibit A

| Trademark | Reg. No. / Date | Goods and Services / First Use Date |
|---|---|---|
| OUTSIDE | 1507125<br>Oct. 4, 1988 | <u>Class 16</u>: Recreational magazine issued from time to time (first used in commerce on Nov. 16, 1976) |
| OUTSIDE ONLINE | 2012332<br>Oct. 29, 1996 | <u>Class 42</u>: Leasing access time to a computer database in the nature of a computer bulletin board in the field of outdoor sports and recreation (first used in commerce in Mar. 1995) |
| Outside | 2025585<br>Dec. 24, 1996 | <u>Class 16</u>: Magazine in the field of outdoor sports, fitness and recreational activities (first used in commerce in Nov. 1994) |
| OUTSIDE ONLINE | 2030603<br>Jan. 14, 1997 | <u>Class 41</u>: Interactive electronic information services regarding outdoor sports and recreation (first used in commerce on Jan. 27, 1995) |
| OUTSIDE TELEVISION | 2304468<br>Dec. 28, 1999 | <u>Class 41</u>: Entertainment in the nature of on-going television programs in the field of outdoor sports, fitness and recreation; television programming services (first used in commerce in Sept. 1996) |
| OUTSIDE BOOKS | 2539895<br>Feb. 19, 2002 | <u>Class 16</u>: Book imprint and publications, namely books relating to outdoor sports, travel and recreation (first used in commerce on Nov. 13, 2000) |
| OUTSIDE | 2546325<br>Mar. 12, 2002 | <u>Class 35</u>: On-line retail store services on a global computer network featuring outdoor sporting equipment and apparel (first used in commerce in Dec. 1996)<br><br><u>Class 39</u>: Online services on a global computer network, namely, providing for the purchase of transportation arrangements as part of adventure packages (first used in commerce in Dec. 1996) |

| OUTSIDE | 2648063<br>Nov. 12, 2002 | Class 41: Providing information in the field of outdoor sports, fitness and recreational activities by means of a global computer network (first used in commerce on Jan. 27, 1995) |
|---|---|---|
| OUTSIDE FILMS | 4672364<br>Jan. 13, 2015 | Class 41: Entertainment services, namely, production of motion pictures, films and videos in the field of outdoor sports, fitness and recreational activities (first used in commerce on July 8, 2014) |
| OUTSIDE GO | 4819937<br>Sept. 22, 2015 | Class 39: Travel agency services, namely, making reservations and bookings for transportation; arranging travel tours (first used in commerce on Jan. 1, 2014)<br><br>Class 43: Travel agency services, namely, making reservations and bookings for temporary lodging (first used in commerce on Jan. 1, 2014) |
| OUTSIDE | 5292743<br>Sep. 19, 2017 | Class 41: Entertainment services, namely, providing podcasts in the fields of travel, sports, health and fitness (first used in commerce on Mar. 21, 2016) |
| OUTSIDE GO | 5396636<br>Feb. 6, 2018 | Class 35: Online retail store services featuring travel products and accessories (first used in commerce in July 2017) |
| OUTSIDE TV | 6073889<br>June 9, 2020 | Class 9: Downloadable television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation; Downloadable mobile application for viewing television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation (first used in commerce in Jan. 2010)<br><br>Class 41: Entertainment services in the nature of on-going television programs, videos, and films in the field of outdoor and adventure sports, fitness, and recreation; television programming services; Providing non-downloadable television programs, videos, and films via video-on-demand |

2

| | | |
|---|---|---|
| | | transmission services; Providing a website featuring non-downloadable television programs, videos, and films featuring outdoor and adventure sports, fitness, and recreation (first used in commerce in Jan. 2010) |
| OUTSIDE STUDIOS | 6226313<br>Dec. 22, 2020 | <u>Class 41</u>: Entertainment services in the nature of development, creation, production, and post-production of videos, motion picture films, television shows, special events, and multimedia entertainment content in the field of outdoor sports, fitness and recreational activities; providing a video-on-demand website featuring non-downloadable movies and videos in the field of outdoor sports, fitness and recreational activities (first used in commerce in May 2018) |
| OUTSIDE EVENTS | 6850291<br>Sept. 20, 2022 | <u>Class 35</u>: Promoting the goods and services of others by arranging for sponsors to affiliate their goods and services with cycling events; Providing on-line registration services for cycling events (first used in commerce on May 31, 2022)<br><br><u>Class 41</u>: Organizing, arranging, and conducting cycling events (first used in commerce on May 31, 2022)<br><br><u>Class 42</u>: Providing an interactive website featuring technology that allows users to register for, volunteer for, and sponsor cycling events (first used in commerce on May 31, 2022) |
| OUTSIDE | 7232896<br>Dec. 5, 2023 | <u>Class 16</u>: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; Printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Printed publications, namely, magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors (first used in commerce on Mar. 10, 2022) |

20077612.1

|   |   | Class 35: Administration of a program for enabling participants to obtain discounts on products and services; Arranging and conducting special events for commercial, promotional or advertising purposes; Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Magazine subscription and fulfillment services; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Organization of events, exhibitions, fairs and shows for commercial, promotional and advertising purposes; Promoting the sale of goods and services of others through electronic couponing, promotions and discounts; Providing a website featuring an online marketplace for exchanging goods and services for outdoor recreation with other users; Providing advertising space in periodicals, newspapers and magazines; Subscriptions to electronic journals (first used in commerce on Mar. 10, 2022)<br><br>Class 38: Electronic delivery of images and photographs via a global computer network; Video broadcasting and transmission services via the Internet, featuring films and movies (first used in commerce on Mar. 10, 2022)<br><br>Class 39: GPS navigation services (first used in commerce on Mar. 10, 2022)<br><br>Class 41: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Digital imaging services; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the |
|---|---|---|

4

|  |  | outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Photography services; Production of podcasts; Providing a website featuring non-downloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable videos in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing on-line magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors (first used in commerce on Mar. 10, 2022)<br><br>Class 42: Product quality testing; Product testing; Providing a web site for the electronic storage of digital photographs and videos; Providing on-line non-downloadable geographic information system (GIS) software; Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Vehicle roadworthiness |
|---|---|---|

5

20077612.1

| | | |
|---|---|---|
| | | testing (first used in commerce on Mar. 10, 2022)<br><br><u>Class 43</u>: Providing personalized meal planning services via a website (first used in commerce on Mar. 10, 2022) |
| Outside | 7232897<br>Dec. 5, 2023 | <u>Class 16</u>: Printed magazines featuring sporting, fitness, athletics, health, nutrition, and the outdoors; Printed magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Printed publications, namely, books in the field of sporting, fitness, athletics, health, nutrition, and the outdoors (first used in commerce on Mar. 10, 2022)<br><br><u>Class 35</u>: Administration of a program for enabling participants to obtain discounts on products and services; Arranging and conducting special events for commercial, promotional or advertising purposes; Computerized on-line retail store services in the field of equipment, goods, and apparel for sporting, fitness, athletics, and outdoor recreation; Magazine subscription and fulfillment services; Membership club services in the nature of providing discounts to members in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Organization of events, exhibitions, fairs and shows for commercial, promotional and advertising purposes; Promoting the sale of goods and services of others through electronic couponing, promotions and discounts; Providing advertising space in periodicals, newspapers and magazines; Subscriptions to electronic journals (first used in commerce on Mar. 10, 2022)<br><br><u>Class 38</u>: Electronic delivery of images and photographs via a global computer network; Video broadcasting and transmission services via the Internet, featuring films and movies (first used in commerce on Mar. 10, 2022) |

6

20077612.1

|  |  | <u>Class 39</u>: GPS navigation services (first used in commerce on Mar. 10, 2022)<br><br><u>Class 41</u>: Arranging and conducting of conventions in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Conducting entertainment exhibitions in the nature of sporting, fitness, athletics, health, nutrition, and the outdoors; Digital imaging services; Education services, namely, providing tutorial sessions in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing tutoring in the field of sporting, fitness, athletics, and the outdoors; Education services, namely, providing classes and conferences in the field of sporting, fitness, athletics, and the outdoors; Entertainment services, namely, providing podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Entertainment services, namely, providing video podcasts in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Photography services; Production of podcasts; Providing a website featuring non-downloadable articles in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable photographs in the field of sporting, fitness, athletics, and the outdoors; Providing a website featuring non-downloadable publications in the nature of magazines in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing a website featuring non-downloadable videos in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing education in the field of sporting, fitness, athletics, and the outdoors rendered through video conference; Providing on-line magazines in |
|---|---|---|

20077612.1

| | | |
|---|---|---|
| | | the field of sporting, fitness, athletics, health, nutrition, and the outdoors (first used in commerce on Mar. 10, 2022) <br><br> Class 42: Product quality testing; Product testing; Providing a web site for the electronic storage of digital photographs and videos; Providing on-line non-downloadable geographic information system (GIS) software; Providing technology information in the field of sporting, fitness, athletics, health, nutrition, and the outdoors; Vehicle roadworthiness testing (first used in commerce on Mar. 10, 2022) <br><br> Class 43: Providing personalized meal planning services via a website (first used in commerce on Mar. 10, 2022) |

8