IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02251-RMR

OUTSIDE INTERACTIVE, INC.,

    Plaintiff,

v.

JOSHUA BOLIN, an individual; and
WESTLAKE SECURITIES, LLC, a Texas Limited Liability Company,

    Defendants.

**STIPULATION AMONGST PARTIES REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Parties, through their undersigned counsel, hereby submit this STIPULATION AMONGST PARTIES REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT, and in support thereof, states as follows:

1. On September 12, 2024, the Parties agreed that the deadline for Defendants to respond to Plaintiff's Complaint will be October 3, 2024.

2. This request is made in good faith with the consent of all Parties.

3. This is the first request pertaining to the setting of the above-referenced deadline, and the Parties request that the extension of such deadline be effective on filing.

Dated: September 12, 2024.

1

Respectfully submitted,

| | |
|---|---|
| **Attorneys for Defendant Westlake Securities, LLC** | **Co-Attorneys for Plaintiff** |
| *s/ Miro Kovacevic* | *s/ Eleanor Lackman (w/ permission)* |
| Miro Kovacevic, Esq. | Eleanor M. Lackman, Esq. (Admission Pending) |
| Rob Hunger, Esq. | Andrew Nietes, Esq. (Admission Pending) |
| Alexandra Feathers, Esq. | Mitchell Silberberg & Knupp LLP |
| Goodspeed Merrill | 437 Madison Avenue, 25th Floor |
| 9605 S. Kingston Ct., Ste. 200 | New York, NY 10022 |
| Englewood, Colorado 80112 | Telephone: (212) 878-4890 |
| Telephone: (720) 473-7644 | Email: eml@msk.com |
| mk@goodspeedmerrill.com | afn@msk.com |
| | |
| **Attorneys for Defendant Joshua Bolin** | **Co-Attorneys for Plaintiff** |
| *s/ James Juo (w/ permission)* | *s/ Carolyn Juarez (w/ permission)* |
| James Juo | Carolyn Juarez, Esq. |
| THOMAS P. HOWARD, LLC | Neugeboren O'Dowd PC |
| 842 W. South Boulder Rd., #100 | 726 Front Street, Suite 220 |
| Louisville, CO 80027 | Louisville, CO 80027 |
| Telephone: (303) 665-9845 | Telephone: (720) 536-4904 |
| jjuo@thowardlaw.com | Email: carolyn@nodiplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing **STIPULATION AMONGST PARTIES REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to counsel of record, and contemporaneously served the same on my client in compliance with L.R. 6.1.

*s/ Miro Kovacevic*
Miro Kovacevic