IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02251-RMR-NRN

OUTSIDE INTERACTIVE, INC., a Delaware Limited Liability Company,

Plaintiff,

v.

JOSHUA BOLIN, an individual, and
WESTLAKE SECURITIES, LLC, a Texas Limited Liability Company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that a Telephonic Motion Hearing on Defendants' motions to dismiss (ECF Nos. 20 & 22) is set for January 8, 2025 at 11:00 a.m. Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.

Date: October 4, 2024