IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02251-RMR-NRN

OUTSIDE INTERACTIVE, INC.,

    Plaintiff,

v.

JOSHUA BOLIN et al.,

    Defendants.

## EMERGENCY JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65, the Parties, through their undersigned counsel, hereby jointly move to extend the currently operative temporary restraining order in the above-captioned matter (*see* ECF No. 10) (the "TRO"), currently set to expire November 18, 2024 (*see* ECF No. 30), through January 15, 2025 or until the Court enters a decision on Plaintiff Outside Interactive, Inc.'s Motion for Preliminary Injunction (*see* ECF No.2), whichever is earlier, and in support thereof, state as follows:

1.     This request is made in good faith with the consent of all Parties after conferral of counsel pursuant to D.C.COLO.LCivR 7.1.

2.     Plaintiff Outside previously filed a motion on October 17, 2024, to extend the TRO which previously was set to expire on October 20, 2024. ECF No. 26. Plaintiff Outside had

20316272.3

2

sought to extend the TRO through the date that it ultimately issues a decision on Plaintiff Outside's motion for preliminary injunction. Defendant Joshua Bolin opposed the motion.

3. On October 18, 2024, the Court extended the TRO to and including November 18, 2024.

4. Separately, both Defendants have each filed motions to dismiss, which the Court referred to Magistrate Judge Neureiter. ECF No. 24.

5. Magistrate Judge Neureiter has set a hearing on Defendants' motions for January 8, 2025. ECF No. 25.

6. In view of this January 8, 2025 hearing and the intervening holidays, and in the interest of judicial economy, the Parties request that the expiration of the TRO be extended through January 15, 2025, or until the Court enters a decision on Plaintiff Outside's Motion for Preliminary Injunction, whichever is earlier.

7. The Parties respectfully submit there is good cause for the requested extension.

DATED: November 15, 2024  Respectfully submitted,

*Attorneys for Plaintiff Outside Interactive, Inc.*  *Attorneys for Defendant Joshua Bolin*

__/s/ Carolyn Juarez_____  __/s/ James Juo_____
Carolyn Juarez  James Juo
Neugeboren O'Dowd PC  THOMAS P. HOWARD, LLC
726 Front St., Ste. 220  842 W. South Boulder Rd., #100
Louisville, CO 80027  Louisville, CO 80027
T: (720) 536-4904  Telephone: (303) 665-9845
F: (720) 536-4910  jjuo@thowardlaw.com
carolyn@nodiplaw.com

Eleanor M. Lackman  *Attorneys for*
Andrew Nietes  *Defendant Westlake Securities, LLC*
Mitchell Silberberg & Knupp LLP
437 Madison Ave., 25th Floor  __/s/ Miro Kovacevic_____
New York, NY 10022  Miro Kovacevic, Esq.
T: (212) 878-4890  Rob Hunger, Esq.
eml@msk.com  Alexandra Feathers, Esq.
afn@msk.com  Goodspeed Merrill
  9605 S. Kingston Ct., Ste. 200
  Englewood, Colorado 80112
  Telephone: (720) 473-7644
  mk@goodspeedmerrill.com

3

20316272.3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2024, I electronically filed the foregoing **EMERGENCY JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER** with the Clerk of Court using the CM/ECF system.

By: */s/ Carolyn Juarez*
Carolyn Juarez
Neugeboren O'Dowd PC
726 Front St., Ste. 220
Louisville, CO  80027
T: (720) 536-4904
F: (720) 536-4910
carolyn@nodiplaw.com

4

20316272.3