IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02251-RMR-NRN | Date: January 8, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| OUTSIDE INTERACTIVE, INC., a Delaware Limited Liability Company, | Carolyn Juarez<br>Eleanor Lackman |
| Plaintiff, | |
| v. | |
| JOSHUA BOLIN, an individual, and WESTLAKE SECURITIES, LLC, a Texas Limited Liability Company, | James Jo<br>Robert Hunger |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**11:06 a.m.   Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Westlake Securities, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. #20) and Defendant Bolin's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) (Dkt. #22).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED:**   Westlake Securities, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. #20) and Defendant Bolin's Motion to Dismiss for Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) (Dkt. #22) are TAKEN UNDER ADVISEMENT. The Court will issue a written recommendation in due course.

**11:51 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:45

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.