IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-02251-RMR-NRN | Date:  February 13, 2025 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| OUTSIDE INTERACTIVE, INC., a Delaware Limited Liability Company, | Andrew Nietes<br>Carolyn Juarez<br>Eleanor Lackman |
| Plaintiff, | |
| v. | |
| JOSHUA BOLIN, an individual, and WESTLAKE SECURITIES, LLC, a Texas Limited Liability Company, | James Juo<br>Robert Hunger |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**

**1:59 p.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before February 20, 2025.

Joinder of Parties/Amendment to Pleadings: March 28, 2025
Discovery Cut-off: October 24, 2025

**Ten days after the close of discovery**:
    A party seeking to file a motion for summary judgment must email Judge Rodriguez's Chambers to inform the Court of their intent to file a motion.

      If no party seeks to file a summary judgment motion, the parties must jointly contact Judge Rodriguez's chambers to obtain dates for trial and a trial preparation conference.

      Counsel shall refer to Judge Rodriguez's STANDING ORDER REGARDING TRIAL AND PRE-TRIAL PROCEDURES.

Each side shall be limited to 7 depositions, excluding experts.
For fact witnesses, depositions shall not exceed 7 hours. For retained experts, depositions shall not exceed 7 hours.

Plaintiff shall be limited to 50 interrogatories, 50 requests for production, and 50 requests for admission, to be allocated as it sees fit. No more than 25 of each may be directed at a Defendant.
Each Defendant shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each party shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: August 29, 2025
Disclosure of Rebuttal Experts: September 26, 2025
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**<u>JOINT STATUS REPORT</u>** shall be filed no later than **July 17, 2025,** updating the Court on the status of discovery and if there is anything the parties need to address with the Court. If there are any outstanding issues, the Court may set a Status Conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**
**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**2:13 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:14

2

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.