IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02251-RMR

OUTSIDE INTERACTIVE, INC.,

      Plaintiff,

v.

JOSHUA BOLIN et al.,

      Defendants.

## UNOPPOSED EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

On August 16, 2024, the Court issued a temporary restraining order (ECF No. 10) (the "TRO"), pending its ruling on plaintiff Outside Interactive, Inc.'s ("Outside") motion for preliminary injunction (ECF No. 2). The TRO was initially set to expire on October 20, 2024. ECF No. 14. On October 18, upon motion by Outside and following briefing by the parties (ECF Nos. 26-29), the Court extended the TRO through November 18, 2024. ECF No. 30. On November 15, following a joint motion by the parties (ECF No. 36), the Court granted the parties' joint motion and extended the TRO to January 15, 2025. ECF No. 37. On January 15, upon motion by Outside and response by Bolin (ECF Nos. 40 and 41), the Court again extended the TRO deadline to February 20, 2025. ECF No. 42. Now, for the reasons raised previously indicating good cause for similar extensions (*see* ECF Nos. 26, 36, 40), Outside respectfully requests that the TRO be extended through March 21, 2025.

Pursuant to D.C.COLO.LCivR 7.1, this request is made in good faith following conferral of counsel via email exchanges on February 18-19, 2025. Defendants Joshua Bolin and Westlake Securities LLC indicated they do not oppose an extension of the TRO through March 21, 2025.

DATED:  February 19, 2025                    Respectfully submitted,

By:  */s/ Carolyn Juarez*

Carolyn Juarez
NOD Law PC
726 Front St., Ste. 220
Louisville, CO  80027
T: (720) 536-4904
F: (720) 536-4910
carolyn@nod-law.com

Eleanor M. Lackman
Andrew Nietes
Mitchell Silberberg & Knupp LLP
437 Madison Ave., 25th Floor
New York, NY  10022
T:  (212) 878-4890
eml@msk.com
afn@msk.com

*ATTORNEYS FOR PLAINTIFF OUTSIDE INTERACTIVE, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, I electronically filed the foregoing **UNOPPOSED EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER** with the Clerk of Court using the CM/ECF system.

By: */s/ Carolyn Juarez*

Carolyn Juarez
NOD Law PC
726 Front St., Ste. 220
Louisville, CO  80027
T: (720) 536-49004
F: (720) 536-4910
carolyn@nod-law.com