IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02251-RMR-NRN

Outside Interactive, Inc.,
        Plaintiff,
v.

Joshua Bolin, *et al.*
        Defendants.

---

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT BOLIN**

---

James Juo and the law firm of Thomas P. Howard, LLC ("Thomas P. Howard, LLC") respectfully request leave to withdraw as attorney of record representing Defendant Joshua Bolin in this action with consent.

Certificate of Compliance with Local Civil Rule 7.1

Counsel for Defendant Bolin has conferred with respective counsel for both Plaintiff Outside Interactive, Inc., and Defendant Westlake Securities LLC. Neither objects to the withdrawal requested in this motion, but Plaintiff Outside Interactive asked that the Court require Defendant Bolin to confirm in 30 days whether he will represent himself.

DISCUSSION

An attorney may seek to withdraw on motion showing good cause. D.C.COLO.L.AttyR 5(b). Courts look to the applicable rules of professional conduct for the appropriate standard to find good cause. See *Brandon v. Blech*, 560 F.3d 536 (6th

1

Cir. 2009) (referring to Kentucky's rules of professional conduct). Under D.C.COLO.LAttyR 2, *Standards of Professional Conduct*, attorneys practicing before this Court must follow the professional responsibility standards as set forth in the Colorado Rules of Professional Conduct ("Colo. RPC"). Rule 1.16 of the Colo. RPC applies to terminating representation.

Defendant Bolin and Thomas P. Howard, LLC have developed irreconcilable differences that justify withdrawal.

Defendant Bolin has not been able to pay his attorneys' fees and legal expenses. Three invoices for the attorneys' fees of Thomas P. Howard, LLC are in arrears, the oldest of which was sent back in November 2024. Good cause for withdrawal may exist when the client fails to pay attorneys' fees, such action is continuing after being warned of withdrawal in the event of continued nonpayment, and where continued representation would result in an unreasonable burden on counsel. *See* Colo. RPC 1.16(b)(5) and 1.16(b)(6), *see also Brandon*, 560 F.3d at 538–39 ("It simply expects too much of counsel to expend the additional energy necessary to go to trial, and to front the necessary expenses, without any real assurance that he will be paid for any of it, especially where he already is owed a substantial sum and the client has violated the written fee agreement." (quoting *Rivera-Domenech v. Calvesbert Law Offices*, 402 F.3d 246, 249 (1st Cir. 2005))). While no trial date has yet been set in this action, discovery expenses are being incurred. Discovery does not end until October 24, 2025.

Moreover, Defendant Bolin has given **written consent** to the withdrawal of Thomas P. Howard, LLC as counsel of record for Defendant Bolin in this action.  A copy of the written consent is submitted herewith as Exhibit A. Defendant Bolin's written consent acknowledges he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

Defendant Bolin's written consent also acknowledges notification of scheduled deadlines before the Court in this matter including:

| | |
|---|---|
| May 19, 2025 | Defendant Bolin's response to Plaintiff's first set of requests for production are due |
| July 17, 2025 | Joint Status Report due to be filed with the court |
| August 29, 2025 | Due date for affirmative expert designations |
| September 5, 2025 | Deadline for service of Interrogatories, Request for Production and/or Admissions |
| September 26, 2025 | Due date for rebuttal expert designations |
| October 24, 2025 | Discovery Cutoff |

Thomas P. Howard, LLC further has complied with the notification requirements of D.C.COLO.L.AttyR 5(b) by service of this motion on all counsel of record and Defendant Bolin, which includes the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. A copy of the February 13, 2025 Scheduling Order [ECF 45] and the Uniform Practice Standards have been provided to Defendant Bolin.

3

WHEREFORE, Thomas P. Howard, LLC and the above-named counsel respectfully request leave pursuant to D.C.COLO.L.AttyR 5(b) to withdraw as counsel of record for Defendant Bolin in this action.

Dated:  May 5, 2025.

_s/ James Juo_

James Juo
THOMAS P. HOWARD, LLC
842 W South Boulder Rd., #100
Louisville, CO 80027
jjuo@thowardlaw.com
303-665-9845

Counsel for Defendant Bolin

## Certificate of Service

I certify that on May 5, 2025, a true and correct copy of the MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT BOLIN, was served via electronic mail as follows.

Joshua Bolin
*jhbolin@yahoo.com*

By:    *s/ James Juo*
                    James Juo

5