# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02251-RMR-NRN

Outside Interactive, Inc.,

     Plaintiff,

v.

Joshua Bolin, *et al.*

     Defendants.

---

## NOTICE OF MAILING ADDRESS FOR DEFENDANT BOLIN

---

In accordance with the May 7, 2025 Minute Order [ECF 59], the following mailing address for Defendant Joshua Bolin is hereby provided:

> 13535 Lyndhurst St #18313
> Austin, TX 78717

Date: May 9, 2025

     *s/ James Juo*
James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., #100
Louisville, CO 80027
Telephone: (303) 665-9845
jjuo@thowardlaw.com

1